1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANGEL CURIEL GONZALEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. CR-S-07-448 EJG
                                )
12            Plaintiff,        )
                                ) STIPULATION AND ORDER TO CONTINUE
13     v.                       ) STATUS CONFERENCE
                                )
14 ANGEL CURIEL GONZALEZ        )
                                ) Date:  December 14 , 2007
15            Defendant.        ) Time:  10:00 a.m.
                                ) Judge: Hon. Edward J. Garcia
16 _____)

17

18      It is hereby stipulated between the parties, Kyle Reardon,

19 Assistant United States Attorney, Caro Marks, attorney for defendant

20 ANGEL CURIEL GONZALEZ, as follows:

21      The Status Conference date of November 16, 2007 should be

22 continued until December 14, 2007. The reason for the continuance is

23 that the parties are awaiting receipt of Probation's "Alien Pre-plea

24 Presentence Report". Additionally, defense counsel needs more time to

25 review the discovery with the defendant, and will need time to review

26 the Pre-plea PSR after it arrives from Probation.  Therefore the

27 parties stipulate and agree on a continuance until December 14, 2007.

28      IT IS STIPULATED that the period from the signing of this Order up

1  to and including December 14, 2007 be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
4  preparation of counsel.

5  Dated: November 13, 2007             Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANGEL CURIEL GONZALEZ


12 Dated:  November 13, 2007            MCGREGOR SCOTT
                                        United States Attorney


                                         /s/ Kyle Reardon
                                        _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney


                                ORDER

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the status conference presently set for October 19, 2007,
20 be continued to December 14, 2007, at 10:00 a.m.  Based on the
21 representation of defense counsel and good cause appearing therefrom,
22 the Court hereby finds that the failure to grant a continuance in this
23 case would deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time from this date to, and
28 including, the December 14, 2007 status conference shall be excluded

Stip & Order/Angel Guriel Gonzalez     -2-

from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: November 14, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge