FILED
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                            )         Case No. 2:07CR00448 LKK
        Plaintiff,    )
v.                                 )         ORDER FOR RELEASE OF
                                            )         PERSON IN CUSTODY
ANGEL CURIEL-GONZALEZ, )
                                            )
        Defendant.   )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANGEL CURIEL-GONZALEZ__, Case No. __2:07CR00448__, Charge __18:3606 - Violation of Supervised Release__, from custody for the following reasons:

        ___    Release on Personal Recognizance

        ___    Bail Posted in the Sum of $___

                ___    Unsecured Appearance Bond

                ___    Appearance Bond with 10% Deposit

                ___    Appearance Bond with Surety

                ___    Corporate Surety Bail Bond

                ✔    (Other)      Time Served

Issued at __Sacramento, CA__ on __January 15, 2013__ at __9:32 am__.

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal